```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 27132
     LUCILLE TAYLOR
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-6244

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/22/2004 and was confirmed 10/20/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 07/12/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
HOUSEHOLD FINANCIAL SERV  CURRENT MORTG        .00             .00             .00
HOUSEHOLD FINANCIAL SERV  MORTGAGE ARRE        .00             .00             .00
NORTH STAR CREDIT UNION   SECURED         18257.51         1755.06        18257.51
10 MIN PAYDAY LOAN        UNSECURED       NOT FILED           .00             .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED           .00             .00
CINGULAR WIRELESS         UNSECURED         958.48            .00          958.48
COMMONWEALTH EDISON       UNSECURED        1178.93            .00         1178.93
COMCAST                   UNSECURED       NOT FILED           .00             .00
CREDIT PROTECTION         NOTICE ONLY     NOT FILED           .00             .00
DISH NETWORK              UNSECURED       NOT FILED           .00             .00
ERS                       NOTICE ONLY     NOT FILED           .00             .00
FIRST REVENUE ASSURANCE   NOTICE ONLY     NOT FILED           .00             .00
MEIJER                    UNSECURED       NOT FILED           .00             .00
NCO FINANCIAL SYSTEMS     NOTICE ONLY     NOT FILED           .00             .00
NICOR GAS                 UNSECURED       NOT FILED           .00             .00
PEARLE VISION #6252       UNSECURED       NOT FILED           .00             .00
SATURN OF SOUTH HOLLAND   UNSECURED       NOT FILED           .00             .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED           .00             .00
SPRINT PCS                UNSECURED       NOT FILED           .00             .00
T-MOBILE BANKRUPTCY       UNSECURED         283.53            .00          283.53
UNITED COLLECTION BUREAU  NOTICE ONLY     NOT FILED           .00             .00
SIR FINANCE               UNSECURED        1020.00            .00         1020.00
MACEY & ALEMAN            DEBTOR ATTY     2,200.00                        2,200.00
TOM VAUGHN                TRUSTEE                                         1,438.17
DEBTOR REFUND             REFUND                                            479.32

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  27,571.00


              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 27132 LUCILLE TAYLOR
```

```
PRIORITY                                                           .00
SECURED                                                      18,257.51
    INTEREST                                                  1,755.06
UNSECURED                                                     3,440.94
ADMINISTRATIVE                                                2,200.00
TRUSTEE COMPENSATION                                          1,438.17
DEBTOR REFUND                                                   479.32
                                     ---------------    ---------------
TOTALS                                     27,571.00          27,571.00
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


　　Dated: 10/25/07                    /s/ Tom Vaughn
                                     _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE